IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH J. FITZGEREL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-1019-SSA-CV-W-WAK |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is defendant's motion of July 26, 2007, for a remand under sentence four of 42 U.S.C. § 405(g). Plaintiff indicates she has no objection to a remand.

After consideration, the court finds that a remand, pursuant to sentence four, is warranted. Remand will allow the administrative law judge to update the evidentiary record and further evaluate plaintiff's claims of disability, as set forth in the Commissioner's motion. Additionally, it should expedite administrative review, permit the Commissioner to properly consider plaintiff's claims, and could make judicial review unnecessary. Accordingly, it is

ORDERED that the decision of the Commissioner is reversed and this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for a proper consideration of plaintiff's claims. [9]

Dated this 13th day of August, 2007, at Jefferson City, Missouri.

/s/ *William A. Knox*

WILLIAM A. KNOX
United States Magistrate Judge